UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CURTIS LEE TROMERHAUSER, | ) | 3:11-CV-0108-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 22, 2011 |
| | ) | |
| WELLS FARGO HOME MORTGAGE, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to stay case management conference and report pending hearing on motion to dismiss (#29) is **DENIED**. The case management conference set for July 1, 2011 at 9:00 a.m. shall proceed as scheduled.

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                         By:          /s/
                              Deputy Clerk